**No. 66584.—R. C. Allen Business Machines, Inc.** v. **United States, protests 313354–K, 316278–K, and 329493–K (Los Angeles).**

379

Opinion by Forp, J. In accordance with stipulation of counsel that the merchandise consists of adding machines in chief value of metal having an electric motor as an essential feature, the claim of the plaintiff was sustained.